UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
YI SUN,

                                                                           No. 18 Civ. 11002 (LTS)(SN)

                    Plaintiff,

       -against-                                                <u>ORDER</u>

NEW YORK CITY POLICE
DEPARTMENT, et al.,

                    Defendants.
-------------------------------------------------------x

        The Court has received and reviewed Plaintiff's letter dated September 8, 2020, in which Plaintiff notes that she has not received a copy of the Court's most recent order, dated September 2, 2020, (Docket Entry No. 113), and requesting that she be sent information regarding her case. (Docket Entry No. 114.) Chambers will mail a second copy of the September 2, 2020, order to Plaintiff at the address listed on the docket and in her most recent letter with a copy of this order.

        SO ORDERED.

Dated: New York, New York
       September 10, 2020

                                                        /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge

Copy Mailed to:       Yi Sun
                             10 East 116th St. Apt 3A
                             New York, NY 10029