UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
YI SUN,

                        Plaintiff,

        -against-

NEW YORK CITY POLICE
DEPARTMENT, et al.,

                        Defendants.
--------------------------------------------------------x

No. 18 Civ. 11002 (LTS)(SN)

<u>ORDER</u>

        The Court has received and reviewed Plaintiff's letter dated Aug. 27, 2020, requesting (1) reconsideration of the Court's Aug. 6, 2020, Memorandum Opinion and Order, ("the Aug. 6 Order") (Docket Entry No. 108), (2) a Temporary Restraining Order staying the Aug. 6 Order, and (3) an extension of time in which to file a Notice of Appeal from the Aug. 6 Order. (Docket Entry No. 117.)

        In an order dated Sept. 2, 2020, the Court denied Plaintiff's motion for reconsideration of the Aug. 6 Order. (Docket Entry No. 113.) Plaintiff's instant request does not proffer any new legal or factual basis warranting reconsideration. Accordingly, the request for reconsideration is denied and, therefore, the request for a Temporary Restraining Order is moot.

        Plaintiff filed a Notice of Appeal from the Aug. 6 Order on Aug. 21, 2020. (Docket Entry No. 111.) Accordingly, Plaintiff's request for an extension of time in which to file a Notice of Appeal is denied as moot.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444 (1962).

SO ORDERED.

Dated: New York, New York
          September 15, 2020

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge

Copy Emailed to:      Yi Sun, sunyiculture@yahoo.com
Copy Mailed to:        Yi Sun
                              10 East 116th St. Apt 3A
                              New York, NY 10029