UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
YI SUN,

                                    No. 18 Civ. 11002 (LTS)(SN)

                      Plaintiff,

         -against-

NEW YORK CITY POLICE
DEPARTMENT, et al.,

                      Defendants.
--------------------------------------------------------x

--------------------------------------------------------x
YI SUN,

                                      No. 19 Civ. 10858 (LTS)(SN)

                      Plaintiff,

         -against-

SASLOVSKY, ESQ. et al.,

                      Defendants.
--------------------------------------------------------x

<u>ORDER</u>

On October 23, 2020, the Court received two emails from Plaintiff.  These emails, attached to this order, appear to supplement Plaintiff's letter requesting confirmation of receipt of her notices of appeal and alleged payments (Docket Entry Nos. 62, 128).  Plaintiff requests the opportunity to show the Court the original receipts for those payments, and requests to review any video surveillance of her activity in the courthouse lobby.

Plaintiff is hereby instructed to file, not email, any further communications for the Court.  Rule (A)(1)(a)(i) of the Court's Individual Practices requires that all letters to the Court be filed on the Electronic Case Files ("ECF") system.  Accordingly, the Court will not accept communications or requests for judicial action by email.

In connection with Plaintiff's previous letter request, (Docket Entry Numbers 62, 128), the Court made inquiries.  The documents Plaintiff filed with the Second Circuit on September 28, 2020, included copies of payment instruments, two of which were made out to the Clerk of the Second Circuit and one of which was made out jointly to the Clerk of the Second Circuit and the Clerk of the Southern District of New York, but no original payment instruments were included.  As the Court has previously informed Plaintiff, no payment instruments were found in the material she deposited in the Southern District of New York drop box on October 3, 2020.  (Docket Entry No. 129.)  Plaintiff has been encouraged to follow up with the Post Office as to tracing or replacement of the money orders.  Plaintiff may also follow up with her bank as to whether the check has been cashed or can be replaced.  If Plaintiff obtains documentation showing that the instruments have been negotiated, she may submit it to the Clerk of Court for the Southern District of New York for further review in this matter.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for purpose of an appeal.  See Coppedge v. United States, 369 U.S. 438, 444 (1962).

The Clerk of Court is respectfully directed to file a copy of this order in each of the above-captioned matters.  Chambers will provide a copy of this order to Plaintiff.

SO ORDERED.

Dated: New York, New York
       October 30, 2020

 Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge

Copy Mailed to:      Yi Sun
                     10 East 116th St. Apt 3A
                     New York, NY 10029