```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 7, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YI SUN,

                Plaintiff,

-against-

NEW YORK CITY POLICE
DEPARTMENT, et al.

                Defendants.

18-CV-11002 (LTS) (SN)

ORDER

On February 8, 2021, the Court granted the Defendants an extension of time in which to comply with the Court's Valentin Order, and granted an equal extension to the Plaintiff in which to file her Amended Complaint, which was due on April 5, 2021. See ECF No. 152. To date, the Plaintiff has failed to file the Amended Complaint. In light of her *pro se* status, the Court grants the Plaintiff an additional 30 days in which to file the Amended Complaint, due no later than May 7, 2021.

SO ORDERED.

                                            SARAH NETBURN
                                            United States Magistrate Judge

Dated: April 7, 2021
       New York, New York

**DEFENDANTS AND SERVICE ADDRESSES**

1. Officer Edwin Lau (Shield No. 6902)
   New York City Police Department
   25th Precinct
   120 E. 119th Street
   New York, NY 10035

2. Officer Michael Mendez (Shield No. 7126)
   New York City Police Department
   25th Precinct
   120 E. 119th Street
   New York, NY 10035

3. Officer Andrew Plaza (Shield No. 20827)
   New York City Police Department
   42nd Precinct
   830 Washington Ave.
   Bronx, NY 10451

4. Karanveer Balagad (Shield No. 15738)
   New York City Police Department
   25th Precinct
   120 E. 119th Street
   New York, NY 10035