UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
YI SUN,
                          Plaintiff,
        -against-                                   18-CV-11002 (LTS) (SN)

NEW YORK CITY POLICE                                        ORDER
DEPARTMENT, et al.
                          Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 17, 2021

On April 7, 2021, the Court granted the Plaintiff an additional 30 days in which to file an Amended Complaint following the newly disclosed information regarding the NYPD Officers involved in her January 19, 2020 detention. See ECF No. 163. To date, Plaintiff has not filed an Amended Complaint. In light of Plaintiff's *pro se* status and given that the Court granted numerous and lengthy extensions for the Defendants to comply with the Court's Valetin Order, the Court will allow the Plaintiff an additional 14-day extension in which to file her Amended Complaint. No further extensions shall be granted, absent good cause.

Accordingly, the Plaintiff is directed to file an Amended Complaint no later than May 31, 2021. Respectfully, the Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: May 17, 2021
       New York, New York

1

## DEFENDANTS AND SERVICE ADDRESSES

1. Officer Edwin Lau (Shield No. 6902)
   New York City Police Department
   25th Precinct
   120 E. 119th Street
   New York, NY 10035

2. Officer Michael Mendez (Shield No. 7126)
   New York City Police Department
   25th Precinct
   120 E. 119th Street
   New York, NY 10035

3. Officer Andrew Plaza (Shield No. 20827)
   New York City Police Department
   42nd Precinct
   830 Washington Ave.
   Bronx, NY 10451

4. Karanveer Balagad (Shield No. 15738)
   New York City Police Department
   25th Precinct
   120 E. 119th Street
   New York, NY 10035