**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
YI SUN,

                              Plaintiff,

      -against-                                  18 **CIVIL** 11002 (LTS)

# JUDGMENT

NEW YORK CITY POLICE
DEPARTMENT, ADMINISTRATION
FOR CHILDREN'S SERVICES OF THE
CITY OF NEW YORK, HUGH H. MO &
THE LAW FIRM OF HUGH H. MO, PC.,
SCOTT RICHMAN & THREADTEX INC.,
JOHN DOE 1, JOHN DOE 2,

                              Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 6, 2020 and Memorandum and Order dated July 9, 2021, the Court grants Defendants' 12(b)(1) motion to dismiss Plaintiff's Complaint for lack of subject matter jurisdiction to the extent that Plaintiff seeks review of her state court cases. The Court also grants Defendants' 12(b)(6) motions to dismiss this action with respect to all of Plaintiff's remaining claims for failure to state a claim upon which relief can be granted, except for Plaintiff's section 1983 claim against the Doe Defendant police officers for violations of the Fourth Amendment arising from the events of January 20, 2019, which the Court will give Plaintiff an opportunity to pursue; Plaintiff's claims that were not dismissed by this Court's August 6, 2020 Order, see docket entry no. 108, are DISMISSED without prejudice. The Court declines to exercise supplemental jurisdiction of any state law claims; accordingly, this case is closed.

**Dated:** New York, New York

July 12, 2021

                                                **RUBY J. KRAJICK**
                                                _____
                                                    **Clerk of Court**
**BY:** _____
                                                    **Deputy Clerk**