UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

YI SUN,

                Plaintiff,

                No. 18 Civ. 11002 (LTS)(SN)

    -against-               <u>ORDER</u>

NEW YORK CITY POLICE
DEPARTMENT, et al.,

                Defendants.

-------------------------------------------------------x

        The Court has received and reviewed in its entirety Plaintiff's "Letter to SDNY Clerk" dated July 27, 2021. (Docket entry no. 168.) Plaintiff's request for an extension is unclear as to the nature of the contemplated filing, but, to the extent that Plaintiff is seeking an extension of the time to file a notice of appeal, the Court finds that Plaintiff has demonstrated good cause in support of her request and hereby grants an extension of the deadline for filing the notice of appeal, which is 30 days from the date of the July 12, 2021 judgment, by an additional 30 days pursuant to Federal Rule of Appellate Procedure 4(a)(5).

        Chambers will mail copies of the orders plaintiff requested (docket entry nos. 166-67), along with a copy of this order to Plaintiff.

        SO ORDERED.

Dated:      New York, New York
             July 30, 2021

                                      /s/Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge

Copy Mailed to:     Yi Sun
                          10 East 116th St. Apt 3A
                          New York, NY 10029