UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
YI SUN,

                                                          No. 18 Civ. 11002 (LTS)(SN)

                    Plaintiff,

       -against-

NEW YORK CITY POLICE
DEPARTMENT, et al.,

                    Defendants.
-------------------------------------------------------x

## Order

The Court has received and reviewed Plaintiff's "Emergency Motion to Stay the Last Orders" dated August 8, 2021, in which she requests that the order issued on July 9, 2021 (see docket entry no. 166), the judgment issued on July 12, 2021 (see docket entry no. 167), and the order signed on July 30, 2021, but issued on August 2, 2021, (see docket entry no. 169) be stayed.

To the extent Plaintiff requests these orders to be stayed because she cannot access "showings through the Court website" related to her two letter motions for "extension of time to file related documents," the Court has provided her with copies of its order granting Plaintiff's request for an extension of time to file a notice of appeal, see docket entry no. 169, and its order terminating her second letter motion and respectfully referring her to the Court's order granting her request, see docket entry no. 171, via mail.

To the extent Plaintiff requests review by the Department of Justice, the Senate Judiciary Committee, or the Administrative Office of the U.S. Courts of the facts underlying her allegations of misconduct by the Court, the requests are improperly directed to this Court. This Court cannot grant those requests. Plaintiff may wish to direct applications or communications to those other government entities.

To the extent Plaintiff requests disqualification of this Court pursuant to 28 U.S.C. section 351 et seq., Plaintiff's complaint is improperly directed to this Court. 28 U.S.C. section 351(a) directs that a complaint that a judge has engaged in prejudicial conduct may be filed with the "clerk of the court of appeals for the circuit." Plaintiff may wish to direct her complaint accordingly.

This order resolves docket entry numbers 172 in this matter.

SO ORDERED.

Dated: New York, New York
      August 10, 2021

                                        /s/Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

Copy Emailed to:    Yi Sun, sunyiculture@yahoo.com
Copy Mailed to:      Yi Sun
                          10 East 116th St. Apt 3A
                          New York, NY 10029