UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
YI SUN,

                                      No. 18 Civ. 11002 (LTS)(SN)

                  Plaintiff,

        -against-

NEW YORK CITY POLICE
DEPARTMENT, et al.,

                  Defendants.
--------------------------------------------------------x

## ORDER

        The Court has received and reviewed Plaintiff's "Emergency Motion to Stay the Last Orders" "(in the third time)."  For the reasons stated in the Court's August 13, 2021, Order, see docket entry no. 175, Plaintiff's requests to stay the Court's orders or for reconsideration of the same, disqualification, or recusal are denied.

        This resolves docket entry no. 176.  The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Plaintiff at the address set forth below.

        SO ORDERED.

Dated: New York, New York
      August 24, 2021

                           /s/Laura Taylor Swain_____
                           LAURA TAYLOR SWAIN
                           Chief United States District Judge

Mail to:     Yi Sun
             10 East 116th St. Apt 3A
             New York, NY 10029