UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
YI SUN,

                                                          No. 18 Civ. 11002 (LTS)(SN)

             Plaintiff,

      -against-

NEW YORK CITY POLICE
DEPARTMENT, et al.,

             Defendants.
--------------------------------------------------------x

## ORDER

        The Court has received and reviewed Plaintiff's "Letter to the Senior Judge Hon. Colleen McMahon," "Emergency Motions to Stay the Last Orders/Judgment," and "Motions for Reconsideration." To the extent Plaintiff requests review based on her allegations of judicial misconduct, Plaintiff's request is improperly directed to this Court because such complaints are properly directed to the "clerk of the court of appeals for the circuit." (28 U.S.C. section 351(a).) Accordingly, Chambers will forward a copy of Plaintiff's letter to the Second Circuit as a complaint of judicial misconduct pursuant to the Judicial Conduct and Disability Act of 1980, 28 U.S.C. Sections 351-364. To the extent Plaintiff requests to stay the Court's orders or for reconsideration of the same, disqualification, or recusal, those requests are denied for the reasons stated in the Court's August 13, 2021, Order. (See docket entry no. 175.)

This resolves docket entry no. 178.  Chambers will mail a copy of this order to the pro se Plaintiff at the address set forth below.

SO ORDERED.

Dated: New York, New York
September 9, 2021

/s/Laura Taylor Swain\_\_\_\_\_
LAURA TAYLOR SWAIN
Chief United States District Judge

Mail to:   Yi Sun
10 East 116th St. Apt 3A
New York, NY 10029